*E-FILED - 12/8/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE E. JONES,<br><br>  Plaintiff,<br><br>  v.<br><br>DIRECTOR, BPH, et al.,<br><br>  Defendants. | No. C 09-3757 RMW (PR)<br><br>ORDER OF DISMISSAL |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On September 30, 2009, the court dismissed the complaint for failing to comply with Rule 8(a)(2) of the Federal Rules of Civil Procedure. The court granted plaintiff thirty days to amend the complaint in order to state a cognizable claim and notified plaintiff that failure to file an amended complaint in conformity with the order and within the designated time would result in a dismissal of the case. To date, plaintiff has not communicated with the court.

Accordingly, this case is DISMISSED without prejudice for failure to prosecute and to comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). The Clerk shall close the file and enter judgment in this matter.

IT IS SO ORDERED.

DATED: 12/7/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.Rmw\CR.09\Jones757dis.wpd