*E-FILED - 12/8/09*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNNIE E. JONES, | No. C 09-3757 RMW (PR) |
| Plaintiff, | JUDGMENT |
| v. | |
| DIRECTOR, BPH, et al., | |
| Defendants. | |

An order of judgment is hereby entered DISMISSING this action without prejudice for failure to prosecute and to comply with the court's order.

IT IS SO ORDERED.

DATED: 12/7/09

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\CR.09\Jones757jud.wpd